

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| RAHUN A. PAGE,<br>    Plaintiff, | Civil Action No. 7:11-cv-00172 |
| v. | **ORDER** |
| DEPARTMENT OF CORRECTIONS,<br>    Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**; plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 18th day of April, 2011.

Senior United States District Judge